**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-7127**

_____

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

CHRISTOPHER DONNELL BROWN, a/k/a Stymie, a/k/a Stimey,

        Defendant - Appellant.

_____

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Joseph F. Anderson, Jr., Senior District Judge.  (3:17-cr-00350-JFA-1)

_____

Submitted:  March 16, 2023                  Decided:  March 21, 2023

_____

Before WILKINSON, AGEE, and HARRIS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Christopher Donnell Brown, Appellant Pro Se.  William Kenneth Witherspoon, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher Donnell Brown appeals the district court's orders denying his motion to correct a clerical error in his presentence report and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Brown*, No. 3:17-cr-00350-JFA-1 (D.S.C. Aug. 2, 2022; Sept. 9, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*